# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147634 & (17)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DARNELL DUNLAP,
    Defendant-Appellant.

SC: 147634
COA: 312783
Oakland CC: 2008-223861-FC

_____/

     On order of the Court, the application for leave to appeal the July 8, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to permit addition of new issues is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



Clerk

d1118